**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2314**

HANNATU SHEHU,

    Petitioner,

  v.

WILLIAM P. BARR, Attorney General,

    Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: June 25, 2020       Decided: July 14, 2020

Before NIEMEYER and FLOYD, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

Mariam Masumi, JOHNSON & MASUMI, P.C., Vienna, Virginia, for Appellant. Joseph H. Hunt, Assistant Attorney General, Leslie McKay, Senior Litigation Counsel, Margot L. Carter, Senior Litigation Counsel, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hannatu Shehu, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals (Board) denying her motion to reopen. Shehu challenges only the Board's refusal to exercise its sua sponte power to reopen her removal proceedings. However, it is well-settled that we lack jurisdiction to review the Board's decision not to exercise its sua sponte authority to reopen. *See Lawrence v. Lynch,* 826 F.3d 198, 206-07 (4th Cir. 2016); *Mosere v. Mukasey,* 552 F.3d 397, 400-01 (4th Cir. 2009). Accordingly, we dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*